COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION

Appellate case name:          Massachusetts Bay Insurance Company Named as Fictitious Party Hanover Insurance Group (On Behalf of Massachusetts Bay Insurance Company) v. Newbern Brown Adkins, et al.

Appellate case number:     01-18-00993-CV

Trial court case number:    2017-67350

Trial court:                  11th District Court of Harris County

Appellant, Massachusetts Bay Insurance Company Named as Fictitious Party Hanover Insurance Group (On Behalf of Massachusetts Bay Insurance Company), timely filed a notice of appeal on November 1, 2018, in the trial court from the October 12, 2018 order denying its special appearance. *See* TEX. R. APP. P. 26.1(b). On November 30, 2018, appellees, Newbern Brown Adkins, et al., filed this motion to extend time for filing joint notice of cross-appeal. Appellees contend that they also seek to appeal the October 12, 2018 special-appearance order, as well as two other orders signed on October 12, 2018, denying their motion for reconsideration and second motion to remand, and from a May 4, 2018 order denying their motion to remand and to stay. Appellant filed an objection.

However, this Court takes judicial notice that appellees filed a "Joint Notice of Appeal" in the trial court on November 20, 2018, which was assigned by the Clerk of this Court to new appellate cause number 01-18-01064-CV, and styled as *Larry Adkins, Personal Representative of the Estate of Newbern Brown Adkins, et al. v. Lincoln Electric Co., et al. See In re Chaumette*, 456 S.W.3d 299, 303 n.2 (Tex. App.—Houston [1st Dist.] 2014, orig. proceeding) (noting appellate court may take judicial notice of its own records in related proceeding involving same parties). In the new related appeal in 01-18-01064-CV, appellees also seek to appeal from the same four orders as they seek to cross-appeal from in this appellate cause number 01-18-00993-CV, plus the November 2, 2018 order of severance creating that underlying trial court cause number 2017-67350-A.

Accordingly, the Court **dismisses as moot** appellees' motion to extend time for filing joint notice of cross-appeal.

It is so ORDERED.

Judge's signature: __/s/ Evelyn V. Keyes_____

                      x Acting individually     ☐ Acting for the Court

Date: __December 18, 2018_____